**Electronically Filed
Supreme Court
SCOT-16-0000788
02-DEC-2016
03:30 PM**

SCOT-16-0000788

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MAUNA KEA ANAINA HOU and KEALOHA PISCIOTTA; CLARENCE KUKAUAKAHI
CHING; FLORES-CASE ʻOHANA; DEBORAH J. WARD; PAUL K. NEVES;
and KAHEA: THE HAWAIIAN ENVIRONMENTAL ALLIANCE, a domestic non-
profit corporation, Petitioners-Appellants,

vs.

BOARD OF LAND AND NATURAL RESOURCES, STATE OF HAWAII;
DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAII;
SUZANNE CASE, in her official capacity as Chair
of the Board of Land and Natural Resources and
Director of the Department of Land and Natural Resources;
and UNIVERSITY OF HAWAII AT HILO, Respondents-Appellees,

and

TMT INTERNATIONAL OBSERVATORY, LLC; HARRY FERGERSTROM;
MEHANA KIHOI; C.M. KAHOʻOKAHI KANUHA; JOSEPH KUALIʻI LINDSEY
CAMARA; J. LEINAʻALA SLEIGHTHOLM; MAELANI LEE; THE TEMPLE OF
LONO; KALIKOLEHUA KANAELE; PERPETUATING UNIQUE EDUCATIONAL
OPPORTUNITIES, INC.; STEPHANIE-MALIA TABBADA; TIFFNIE KAKALIA;
GLEN KILA; DWIGHT J. VICENTE; BRANNON KAMAHANA KEALOHA;
CINDY FREITAS, AND WILLIAM FREITAS, Intervenors-Appellees.

_____

APPEAL FROM THE BOARD OF LAND AND NATURAL RESOURCES
(BLNR-CC-16-002 (Agency Appeal))

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Recktenwald, C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Nishimura, in place of Nakayama, J., recused)

Upon consideration of (1) respondent-appellee Board of

Land and Natural Resources, State of Hawaiʻi's motion to dismiss

appeal for lack of appellate jurisdiction, filed on November 10,

2016, (2) respondent-appellee University of Hawaiʻi at Hilo's motion to dismiss appeal of lack of appellate jurisdiction, filed on November 14, 2016, (3) intervenor-appellee TMT International Observatory, LLC's joinder to respondent-appellee University of Hawaiʻi at Hilo's motion to dismiss appeal of lack of appellate jurisdiction, filed on November 14, 2016, (4) petitioners-appellants Mauna Kea Anaina Hou and Kealoha Prisciotta, Clarence Kukauakahi Ching, Flores-Case Ohana, Deborah J. Ward, Paul K. Neves, and Kahea: The Hawaiian Environmental Alliance's (collectively, "Appellants") opposition to the motions to dismiss and joinder, filed on November 18, 2016, (5) the respective supporting documents, and (6) the record herein, it appears that this court lacks jurisdiction over Appellants' appeal. Accordingly,

IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.[1]

DATED: Honolulu, Hawaiʻi, December 2, 2016.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rhonda A. Nishimura



---

[1] As this court does not have jurisdiction over the appeal, all other requests for relief are dismissed.